# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.Q., a minor, by and through his Guardian ad Litem, Carolyn Rodriguez-Q., <br>    Plaintiff, <br><br> v. <br><br> ALEXANDER DEKOK, et al., <br>    Defendant. | CV 18-10205 DSF (DFMx) <br><br> Order AMENDING Order re Defendants' Motions to Dismiss and Motions to Strike (Dkt. 60) |

    Footnote 9 of the Court's August 7, 2019 Order re Defendants' Motions to Dismiss and Motions to Strike is amended to read in its entirety: "Dekok's motion to strike is DENIED."

    IT IS SO ORDERED.

Date: August 14, 2019

Dale S. Fischer
United States District Judge