# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.Q., a minor, by and through his Guardian ad Litem, Carolyn Rodriguez-Q., <br>      Plaintiff, <br><br> v. <br><br> ALEXANDER DEKOK, et al., <br>      Defendants. | CV 18-10205 DSF (DFMx) <br><br> JUDGMENT |

The Court having granted each Defendant's motion(s) to dismiss the various claims against them,

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Defendants, that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: October 21, 2019

Dale S. Fischer
United States District Judge